IN THE UNITED STATES

IN THE DISTRICT COURT

DISTRICT OF DELAWARE

State of Delaware,  )
      Plaintiff,  )
                        )
v.  )   Case I.D. No. 1002011017
                        )
Juan C. Restrepo-Duque,  )
      Defendant.  )

### IN THE NATURE OF A WRIT OF ERROR

I am a person, a living human being. I am not the "case". The "case" is State v. Juan C. Restrepo-Duque I.D. No. 1002011017 (State of Delaware).

I Claim All the Rights afforded to me by the Constitution of the United States of America.

Based on the Article I, Section 8, Clause 17 of the Constitution of the United States of America, and through the Book 1, Section 207, of The Uniform Commercial Code, I call upon all the Common Law Rights, and I further invoke the Book 1, Section 103, of The Uniform Commercial Code.

I also fully invoke the Right of/to Allocution which I have not waived at any time and will never be waived. I request that the Powers That Be act on to the effect that the "case" must be dismissed and the charges withdrawn and nullified.

In support of all this, the following is True for the "case/trust" State v. Juan C. Restrepo-Duque I.D. No. 1002011017 (State of Delaware):

1 of 5

The Judge was the Administrator of the "case". The Judge was the Person/Entity to whom the "case" was entrusted. The Trial Court was not fair and violated all of my Rights. The "case" was perpetrated by the Prosecutors acting on behalf of the State government.

I claim my Rights, all of my Rights. I claim all my Rights as a person, as a human being, and as an individual residing within the confines of the government.

I do not, I have not, and I will not resign my Rights. I explictly state that I clearly and effectively claim all of my Rights as stated above and I also explicitly state that it is clear that I request that the "case/trust" State v. Juan C. Restrepo-Duque I.D. No. 1002011017. (State of Delaware) must be dismissed and the charges withdrawn and nullified.

The Case/Trust must be **DISSOLVED**.

date: August 11 of 2017        Signed:
                               ~~Juan Restrepo~~ Aug. 11-2017
                               beneficiary
                               Without Prejudice U.C.C. 1-207

James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*IN THE UNITED STATES*

IN THE DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| *State of Delaware*, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case I.D. No. *1002011017* |
| ) | |
| *Juan C. Restrepo-Duque*, ) | |
| ) | |
| Defendant. ) | |

### ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF *August*_____,
20 *17*, THAT THE ATTACHED *IN THE NATURE OF A WRIT OF ERROR* HAS BEEN
READ AND CONSIDERED. IT IS ORDERED THAT THE *WRIT* IS
HEREBY *GRANTED*_____.

_____
District Court Judge

# AFFIDAVIT

I Juan restrepo being duly sworn, deposes and says:
date: July 23 of 2017.
I am not State v. Juan C. Restrepo-Duque.
"case" I.D. No. 1002011017. (State of Delaware).
The "case" is State v. Juan C. Restrepo-Duque.
"case" I.D. No. 1002011017. (State of Delaware).
The following is True for the "case" State v. Juan C. Restrepo-Duque. "case" I.D. No. 1002011017. (State of Delaware):
The Judge was the Administrator of the "case". The Judge was the Person/Entity to whom the "case" was entrusted. The Trial Court was not Fair and violated all of my Rights. The "case" was perpetrated by the State government. I claim my Rights, all of my Rights. I claim all my Rights as a person, as a human being, and as an individual residing within the confines of the government. I do not, I have not, and I will not resign my Rights. The "case" must be dismissed and the charges withdrawn as I did not commit any crimes and I **did** not do wrong.
date: July 23 of 2017

Juan Restrepo    Aug. 02-2017
beneficiary

FILED
AUG -8 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

URILIA

4 of 5

# Certificate of Service

I, _juan restrepo_ hereby certify that I have served a true and correct cop(ies) of the attached _IN THE NATURE of A WRIT of ERROR_ _____ Upon the following parties/persons:

_JTVCC e-filed_

To: _Clerk_
_UNITED STATES DISTRICT_
_COURT_
_844 N. King Street_
_Wilmington, DE 19801_

To: _____

To: _____

To: _____

**BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.**

On this _11th_ day of _August_, 20_17_

[Notary seal: ROGER EUGENE RANEY JR., NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES...]

_[signature]_ Aug 11-2017
beneficiary
without Prejudice U.C.C. 1-207

5 of 5