IN THE UNITED STATES

IN THE DISTRICT COURT

DISTRICT OF DELAWARE

State of Delaware,  )
    Plaintiff,  )
                     )
v.                      ) Case I.D. No. 1002011017
                     )
Juan C. Restrepo-Duque,  )
    Defendant.  )

## IN THE NATURE OF A WRIT OF ERROR

I am a person, a living human being. I am not the "case". The "case" is State v. Juan C. Restrepo-Duque ID No. 1002011017 (State of Delaware).

I Claim All the Rights afforded to me by the Constitution of the United States of America.

Based on the Article I, Section 8, Clause 17 of the Constitution of the United States of America, and through the Book 1, Section 207, of The Uniform Commercial Code, I call upon all the Common Law Rights, and I further invoke the Book 1, Section 103, of The Uniform Commercial Code.

I also fully invoke the Right of/to Allocution which I have not waived at any time and will never be waived. I request that the Powers That Be act on to the effect that the "case" must be dismissed and the charges withdrawn and nullified.

In support of all this, the following is True for the "case/trust" State v. Juan C. Restrepo-Duque ID.No. 1002011017 (State of Delaware):

JRJUA

The Judge was the Administrator of the "case". The Judge was the Person/Entity to whom the "case" was entrusted. The Trial Court was not fair and violated all of my Rights. The "case" was perpetrated by the Prosecutors acting on behalf of the State government.

I claim my Rights, all of my Rights. I claim all my Rights as a person, as a human being, and as an individual residing within the confines of the government.

I do not, I have not, and I will not resign my Rights.

I explicitly state that I clearly and effectively claim all of my Rights as stated above and I also explicitly state that it is clear that I request that the "case/trust" State v. Juan C. Restrepo-Duque I.D. No. 1002011017 (State of Delaware) must be dismissed and the charges withdrawn and nullified.

The Case/Trust must be **DISSOLVED**.

date: August 11 of 2017      Signed:

~~Juan Restrepo~~ Aug. 11-2017
/beneficiary/
Without Prejudice U.C.C. 1-207

James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

IN THE UNITED STATES

IN THE DISTRICT COURT

DISTRICT OF DELAWARE

State of Delaware, )
)
Plaintiff, )
)
v. ) Case I.D. No. 1002011017
)
Juan C. Restrepo-Duque, )
)
)
Defendant. )

ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF August _____, 20 17. THAT THE ATTACHED IN THE NATURE OF A WRIT OF ERROR HAS BEEN READ AND CONSIDERED. IT IS ORDERED THAT THE WRIT IS HEREBY GRANTED.

_____
District Court Judge

3 of 5

URILIA

## AFFIDAVIT

I Juan Restrepo being duly sworn, deposes and says:
date: July 23 of 2017.
I am not State v. Juan C. Restrepo-Duque.
"Case" I.D. No. 1002011017. (State of Delaware).
The "case" is State v. Juan C. Restrepo-Duque.
"case" I.D. No. 1002011017. (State of Delaware).
The following is True for the "case" State v. Juan C. Restrepo-Duque. "case" I.D. No. 1002011017. (State of Delaware):
The Judge was the Administrator of the "case". The Judge was the Person/Entity to whom the "case" was entrusted. The Trial Court was not Fair and violated all of my Rights. The "case" was perpetrated by the State government. I claim my Rights, all of my Rights. I claim all my Rights as a person, as a human being, and as an individual residing within the confines of the government. I do not, I have not, and I will not resign my Rights. The "case" must be dismissed and the charges withdrawn as I did not commit any crimes and I did not do wrong.
date: July 23 of 2017

_____ Aug. 02-2017
beneficiary

FILED
AUG - 8 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

URILIA

4 of 5

JR1UA

# Certificate of Service

I, _juan restrepo_ hereby certify that I have served a true and correct cop(ies) of the attached _IN THE NATURE OF A WRIT OF ERROR_ _____ Upon the following parties/persons:

_JTVCC e filed_

To: _Clerk_
_UNITED STATES DISTRICT_
_COURT_
_844 N. King Street_
_Wilmington, DE 19801_

To: _____

To: _____

To: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.

On this _____ day of _August_, 20_17_

[Notary seal: ROGER EUGENE RANEY JR., NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES UPON TERM]

_Aug 11 2017_
beneficiary
without Prejudice u.c.c. 1-207

5 of 5

Help me juanrestrepoiaminnocent Please

Juan Restrepo was kidnapped by "The Delaware State" "State of Delaware" of The United States of America on the night of February 22, 2010, since that day The Delaware State placed him in a cell, four months later was charged with a series of crimes that never ever happened, five years later "The Delaware State"/ "State of Delaware" have has Juan Restrepo condemned for those crimes that never ever happened.

Help me juanrestrepoiaminnocent Please

Juan Restrepo's conviction was based on spoiled and planted evidence, witness government staff false testimony, prosecutors misconduct, and ineffective assistance of lawyer.

juanrestrepoiaminnocent@gmail.com

Juan Restrepo

-------------------- 49 --------------------

When the police violate the constitutional rights of an innocent, the State and "their prosecutors" support such violations and mislead the jury with false evidence and lies and the Judge is NOT impartial, they are trampling on the Pyramid of the judicial system. **"We the People"** of the United States, "The Constitution of the United States" its Bill of Rights & All Amendments, "and" The Delaware Constitution" its Bill of Rights & All Amendments.

When this Pyramid is destroyed by these three characters Police-Prosecutor-Judge representatives of the judicial system, this judicial system becomes an inquisitional judicial system destroying the Essence and the fundamental principles in their totality of "We the people" and "The Constitution of the United States"

I, Juan Restrepo, I am a victim of the inquisitional system of the State of Delaware, in the United States
I, Juan Restrepo Claim my Rights
I, Juan Restrepo, **Claim my Innocence**
I, Juan Restrepo, I AM INNOCENT

--------------------49--------------------

HP 9250C Digital Sender Series                                                                                          Page 1 of 1



HP 9250C Digital Sender / 172.20.17.41
# HP 9250C Digital Sender Series

| Information | Settings | **Digital Sending** | Networking |

**General Settings**
Send to Folder
**E-mail Settings**
**E-mail Address Book**
**Fax Address Book**
Import/Export
**LDAP Settings**
Log
Preferences

**Other Links**
hp instant support
Shop for Supplies
Product Support

## Details

Help

Job Id:      DS000213
Time:       2017-08-14 14:35:30
Device:    172.20.17.41
Service:
Sender:    JTVCC@prison.com

5 page(s)
Document Size: Letter
Subject: Juan Restrepo #651488 5 pgs civ #1002011017 (in the nature or a writ of error)

E-mail Destination(s)
to: ProSeFilings@ded.uscourts.gov (Success)

E-mail processed by the Device
File format: pdf (grayscale)
File Size: 195.21 KILOBYTES

[ << Previous ]   [ Back ]

http://172.20.17.41/hp/device/this.LCDispatcher?nav=hp.Log                                                    8/14/2017

Juan Restrepo
SBI 00651488
J.T.V.C.C.
1181 Paddock Rd
Smyrna, DE 19977

Leonard P. Stark
Chief Judge
J. Caleb Boggs Federal Building
844 N. King Street Unit 26 Room 6124
Wilmington, DE 19801